IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD GLEN STURGEON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0044 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ABATING AND ADMINISTRATIVELY CLOSING CASE

Plaintiff Richard Sturgeon's motion to abate is granted. (Docket Entry No. 7). This case is abated and administratively closed until after plaintiff's mandamus action is decided by the Texas Supreme Court. The abatement may be lifted and the case reopened on motion filed within 14 days after the Texas Supreme Court issues its decision on the mandamus petition.

SIGNED on May 20, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge